NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Shew v. Malloy                                         Docket No.: 14-319cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michael K. Skold, Assistant Attorney General

Firm: State of Connecticut, Office of the Attorney General

Address: 55 Elm Street, PO Box 120

Telephone: 860-808-5020                    Fax: 860-808-5347

E-mail: Michael.Skold@ct.gov

Appearance for: All Defendants/Appellees
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Maura Murphy Osborne, AAG, CT Attorney General's Office )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/13/2011                                                                OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Michael Skold

Type or Print Name: Michael K. Skold