United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 19, 2014
Docket #: 14-319cv
Short Title: Shew v. Malloy

DC Docket #: 13-cv-739
DC Court: CT (NEW HAVEN)
DC Judge: Covello

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8573.