# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: June Shew, et al. v. Dannel P. Malloy, et al.  Docket No.: 14-319

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen P. Halbrook, Esq.

Firm: The Law Office of Stephen P. Halbrook

Address: 3925 Chain Bridge Road, Suite 403, Fairfax, Virginia 22030

Telephone: (703) 352-7276    Fax: (703) 359-0938

E-mail: protell@aol.com

Appearance for: June Shew, et al
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brian T. Stapleton/Goldberg Segalla LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Stephen P. Halbrook

Type or Print Name: Stephen P. Halbrook, Esq.