### MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-0319-CV

**Caption** [use short title]

**Motion for:** Leave to Appear Pro Hac Vice

Shew et al. v. Malloy et al.

Set forth below precise, complete statement of relief sought:

The undersigned moves for this Court to grant

him leave to appear pro hac vice as

of counsel for Amicus Curiae National

Rifle Association

**MOVING PARTY:**
- [ ] Plaintiff
- [ ] Appellant/Petitioner
- [ ] Defendant
- [ ] Appellee/Respondent

**OPPOSING PARTY:**

**MOVING ATTORNEY:** Tara Sky Woodward

**OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Bradley Arant Boult Cummings

1615 L St., N.W., Suite 1350, Washington, D.C. 20036

(202)719-8232; swoodward@babc.com

**Court-Judge/Agency appealed from:** United States District Court for the District of Connecticut - J. Covello

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  [ ] Yes [ ] No

Has this relief been previously sought in this Court?  [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Tara Sky Woodward   **Date:** 5/22/2014

Service by: [ ] CM/ECF  [✓] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

COMES NOW the undersigned, and respectfully moves this Court for leave to appear *pro hac vice* as of counsel for *Amicus Curiae* National Rifle Association (the "NRA"). Counsel of record for the NRA will be John Parker Sweeney, a member in good standing of the bar of the United States Court of Appeals for the Second Circuit. The NRA is not requesting oral argument in this matter.

In support of this Motion, I hereby certify that I am admitted to appear before, and am a member in good standing of, the bars of the following jurisdictions:

1. Maryland

2. California

3. District of Columbia

4. United States Supreme Court

5. United States Court of Appeals for the Fourth Circuit

6. United States District Court for the District of Maryland

7. United States Court of Appeals for the District of Columbia Circuit

8. United States District Court for the District of Columbia

9. United States Court of Appeals for the Ninth Circuit

10. United States District Court for the Northern District of California

11. United States District Court for the Eastern District of California

12. United States District Court for the Southern District of California


Respectfully submitted, this 22nd day of May, 2014:


/s/ Tara Sky Woodward
Tara Sky Woodward
Bradley Arant Boult Cummings, LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
Tel: 202-719-8232
swoodward@babc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2014, this Motion for Leave to Appear *Pro Hac Vice* was served via electronic delivery to all parties' counsel via email to Counsel of Record:

Brian T. Stapleton
Matthew S. Lerner
Goldberg Segalla LLP
Suite 705
11 Martine Ave.
White Plains, NY 10606
bstapleton@goldbergsegalla.com
mlerner@goldbergsegalla.com

Charles J. Cooper
Peter A. Patterson
David Thompson
Cooper & Kirk PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036
ccooper@cooperkirk.com
ppatterson@cooperkirk.com
dthompson@cooperkirk.com

Maura B Murphy Osborne
Michael Skold
Connecticut Office of the Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06106
Maura.MurphyOsborne@ct.gov
Michael.Skold@ct.gov

/s/ Tara Sky Woodward
Tara Sky Woodward