# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand and fourteen.

_____

June Shew, *et al.*,

    Plaintiffs-Appellants,       **ORDER**

  v.                                Docket No. 14-319

Dannel P. Malloy, *et al.*,

    Defendants-Appellees.

_____

   The National Rifle Association, Inc. moves for leave to file an *amicus curiae* brief in support of the Appellants.

   IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

                            FOR THE COURT:

                            Catherine O'Hagan Wolfe,
                            Clerk of Court

