# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand and fourteen.

_____

June Shew, *et al.*,
   Plaintiffs-Appellants,

v.

Dannel P. Malloy, in his official capacity as Governor of the State of Connecticut, *et al.*,
   Defendants-Appellees.

**ORDER**
Docket No. 14-319

_____

    Tara Sky Woodward and James W. Porter, III, move for leave to appear *pro hac vice* in this action to represent *amicus curiae* the National Rifle Association. The National Rifle Association's motion to file an *amicus curiae* brief has been referred to the panel that will determine the merits of this appeal.

    Therefore, IT IS HEREBY ORDERED that the motions to appear *pro hac vice* are REFERRED to the panel that will determine the merits of the appeal.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

