*Tel: (860) 808-5020*
*Fax: (860) 808-5347*

May 30, 2014

Deborah Holmes
Case Manager
Second Circuit Court of Appeals
40 Foley Square
New York, NY  10007

RE: *June Shew, et al. v Dannel P. Malloy, et al.*
    Docket No. 14-319-cv

Dear Ms. Holmes:

     I represent the Defendants-Appellees in the above-referenced appeal.  Pursuant to Local Rule 31.2(1)(B), the Defendants-Appellees respectfully request a deadline of August 14, 2014 to submit the Defendant-Appellee's brief in opposition.  This date is within 91 days of the filing of the Plaintiffs-Appellants' brief on May 16, 2014.

     Thank you for your consideration of this request.  Please feel free to contact me if additional information is necessary regarding this request.

                                                  Very truly yours,

                                                  */s/ Maura Murphy Osborne*
                                                  Maura Murphy Osborne
                                                  Assistant Attorney General

MMO/nas

## CERTIFICATION

I hereby certify that on May 29, 2014, a copy of the foregoing letter was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access the filing through the Court's system.

                                                               */s/ Maura Murphy Osborne*_____
                                                               Maura Murphy Osborne