# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fourteen.

Before:　　Reena Raggi,
　　　　　　　*Circuit Judge.*

_____

June Shew, *et al.*,
　　Plaintiffs - Appellants,

v.

Dannel P. Malloy, in his official capacity as Governor of the State of Connecticut, *et al.*,
　　Defendants - Appellees.

_____

**ORDER**
Docket No. 14-319

Appellees move for leave to file an oversized brief containing up to 22,000 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　Clerk of Court

