# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and fourteen.

_____

June Shew, *et al.*,
   Plaintiffs - Appellants,

v.

Dannel P. Malloy, in his official capacity as Governor of the State of Connecticut, *et al.*,
   Defendants-Appellees.

_____

**ORDER**
Docket No. 14-319

    Several *amici curiae* move to extend, through August 29, 2014, the time in which to file an *amicus* brief in support of Appellees.

    IT IS HEREBY ORDERED that the motion is GRANTED.

> For the Court**:**
> Catherine O'Hagan Wolfe,
> Clerk of Court

