# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and fourteen.

Before:  Raymond J. Lohier, Jr.,
     *Circuit Judge*.

_____

New York State Rifle and Pistol Association, Inc., *et al.*,
 Plaintiffs - Appellants-Cross-Appellees,

 v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
 Defendants - Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,
 Defendants - Appellees,

Frank A. Sedita, III, District Attorney for Erie County,
 Defendant.

_____
_____

June Shew, *et al.*,
 Plaintiffs - Appellants,

 v.

Dannel P. Malloy, in his official capacity as Governor of the State of Connecticut, *et al.*,
 Defendants - Appellees.

_____

**ORDER**
Docket No. 14-36 (L);
    14-37 (con.)

**ORDER**
Docket No. 14-319

  The state Appellees move that these appeals be considered in tandem.

  IT IS HEREBY ORDERED that the motion is GRANTED.

         For the Court:
         Catherine O'Hagan Wolfe,
         Clerk of Court

