# Cooper & Kirk
### Lawyers
###### A Professional Limited Liability Company
### 1523 New Hampshire Avenue, N.W.
### Washington, D.C. 20036

David H. Thompson
dthompson@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

October 13, 2015

**<u>VIA ELECTRONIC FILING</u>**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
   for the Second Circuit
40 Foley Square
New York, NY 10007

  Re: *Shew v. Malloy*, No. 14-319.

Dear Ms. Wolfe:

  I am writing to inform the Court that on October 12, 2015, Rabbi Mitchell Rocklin, one of the Plaintiffs-Appellants in *Shew v. Malloy*, No. 14-319, moved from the State of Connecticut to the State of New Jersey. Despite the move, Rabbi Rocklin plans to maintain his Connecticut State Pistol Permit, which should preserve his ability to acquire ammunition magazines in Connecticut—including now-banned magazines in the event Plaintiffs-Appellants prevail in this litigation. *See* CONN. GEN. STAT. § 29-38m(c); *Firearms & Pistol Permits*, DEPT. OF EMERGENCY SERVS. & PUB. PROT. (July 14, 2015), http://goo.gl/bVIODa (stating that individuals may keep their State Pistol Permits if they move out of Connecticut). At any rate, given the presence of several other Plaintiffs-Appellants in this litigation there is no need for the Court to make a determination about the effect, if any, of Rabbi Rocklin's move on his standing. *See, e.g.*, *Rumsfeld v. Forum for Academic & Institutional Rights, Inc.*, 547 U.S. 47, 52 n.2 (2006); *Bowsher v. Synar*, 478 U.S. 714, 721 (1986).

    Sincerely,

    <u>s/ David H. Thompson</u>
    David H. Thompson

# Cooper & Kirk
### Lawyers

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
*Attorney for Plaintiffs-Appellants*

cc:     Counsel of record (via ECF)