**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 18, 2015

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: June Shew, et al.
        v. Daniel P. Malloy, Governor of Connecticut, et al.
        Application No. 15A647
        (Your No. 14-319)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Ginsburg, who on December 18, 2015, extended the time to and including February 18, 2016.

This letter has been sent to those designated on the attached notification list.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Michael Duggan
                      Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

