# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 16, 2016

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007


Re:  June Shew, et al.
     v. Daniel P. Malloy, Governor of Connecticut, et al.
     No. 15-1030
     (Your No. 14-319)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 11, 2016 and placed on the docket February 16, 2016 as No. 15-1030.




Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst